1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10                **WESTERN DIVISION**

11

12   GUADALUPE GUZMAN VILLALOBOS,        )    No. CV 06-6330-CW
                                         )
13                      Plaintiff,       )    JUDGMENT
                                         )
14            v.                         )
                                         )
15   ERIC H. HOLDER, JR., ATTORNEY       )
     GENERAL,                            )
16                      Defendant.       )
     _____   )

17

18

19        Pursuant to the accompanying Decision and Order and 28 U.S.C.

20   § 1252(b)(5)(B), **IT IS ADJUDGED** that Plaintiff Guadalupe Guzman

21   Villalobos is a citizen of the United States.

22

23   DATED: September 18, 2009

24

25                                  /s/_____
                                         CARLA M. WOEHRLE
26                                  United States Magistrate Judge

27

28